UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-23320-CIV-JAL

HUMBERTO ALFONSO LLANES, )
GERARDO GONZALEZ GARRIGA, LUIS )
ORLANDO CASTRO and all others similarly )
situated under 29 U.S.C. 216(b), )
)
)
Plaintiffs, )
vs. )
)
)
WEBECO FOODS, INC. )
JOSE TEIJEIRO, )
)
Defendants. )
_____ )

### ORDER GRANTING PLAINTIFFS' COUNSELS' UNOPPOSED MOTION FOR ATTORNEY FEES PURSUANT [DE 33]

This matter came before the undersigned regarding the above-described Motion, and the Court being advised in the premises, it is:

**ORDERED** and **ADJUDGED** that the above-described Motion is hereby granted in favor of Plaintiffs' Counsel J.H. ZIDELL, PA, and therefore Defendants WEBECO FOODS, INC. and JOSE TEIJEIRO, jointly and severally, shall pay as attorneys' fees (in addition to the remaining unpaid balance of the final judgment) a total of **$2,507.50**, which shall accrue statutory interest from the date of this Order onward. Let execution issue forthwith.

DONE AND ORDERED in Chambers at Miami, Florida, this 14 day of Oct. 2015.

_____
JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

**Copies to:** **Counsel of Record**

1